# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Christian Drew Chesson
Attorney at Law
One Lakeshore Plaza, #1800
Lake Charles LA 70629

**REHEARING ACTION: April 19, 2017**

**Docket Number: 16   00837-CA**

**GWENDOLYN MARTIN**
**VERSUS**
**LOUISIANA MUNICIPAL RISK MANAGEMENT, ET AL.**

**Appealed from St. Landry Parish Case No. 13-C-1937-D**

**BEFORE JUDGES:**

> Hon. Ulysses Gene Thibodeaux
> Hon. Marc T. Amy
> Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gwendolyn Martin** has this day been

> **DENIED.**
> Thibodeaux, C. J., would grant rehearing.

cc: Jerry Joseph Falgoust, Counsel for the Appellee